Wayne D. Lonstein, Esq.
LONSTEIN LAW OFFICE, P.C.
80 North Main Street
P.O. Box 351
Ellenville, New Jersey 12428
Telephone:   845-647-8500
Facsimile:    845-647-6277
Email: Legal@signallaw.com
WL0807

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
NEWARK DIVISION

---

DIRECTV, LLC, a California limited liability company,

        Plaintiff,

  v.

CHRISTOPHER A. MARIANI, Individually, and as officer, director, shareholder, principal, manager and/or member of TAINA CORPORATION and MARIANI PROPERTIES, LLC, d/b/a BUONA SERA RISTORANTE & BAR,

and

TAINA CORPORATION, d/b/a BUONA SERA RISTORANTE & BAR,

and

MARIANI PROPERTIES, LLC, d/b/a BUONA SERA RISTORANTE & BAR,

        Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

Civil Action No.3:15-cv-04141-MAS-TJB

    PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental)

party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

1. DIRECTV, LLC, a California limited liability company, is a wholly owned subsidiary of DIRECTV Holdings, LLC.

2. DIRECTV Holdings, LLC, a Delaware limited liability company, is a wholly owned subsidiary of The DIRECTV Group, Inc.

3. The DIRECTV Group, Inc., a Delaware corporation, is indirectly wholly owned (through various wholly-owned subsidiaries) by DIRECTV.

4. DIRECTV is a publicly traded Delaware corporation.

Dated: June 18, 2015
       Ellenville, New York

                              DIRECTV, LLC

                              By: /s/Wayne D. Lonstein
                                  WAYNE D. LONSTEIN, ESQ. (WL0807)
                                  Attorney for Plaintiff
                                  LONSTEIN LAW OFFICE, P.C.
                                  Office and P.O. Address
                                  80 North Main Street : P.O. Box 351
                                  Ellenville, NY   12428
                                  Telephone:   (845) 647-8500
                                  Facsimile:    (845) 647-6277
                                  Email: Legal@signallaw.com
                                  *Our File No.   NN14-07NJ-02*